# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN VOLTZ** | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 23-01759 |
| | : | |
| **ASM AMERICA INC.,** | | |
| Defendant. | | |

## ORDER

**AND NOW**, this 10th day of July, 2024, upon consideration of the Plaintiff John Voltz's Motion for Summary Judgment (ECF No. 31) and the Defendant ASM America's Motion for Summary Judgement (ECF No. 32), and all papers in support thereof and opposition thereto, it is hereby **ORDERED** that both motions are **DENIED.**

**IT IS SO ORDERED.**

BY THE COURT:

 /s/ John Milton Younge
**JUDGE JOHN MILTON YOUNGE**